| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cudahy, Richard D. | 2. Court or Organization<br><br>Court of Appeals/7th Circuit | 3. Date of Report<br><br>05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Chambers 2648<br>219 South Dearborn Street<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Chairman of the Board of Directors | ▓▓▓▓▓▓ Cudahy Fund |
| 2.   Chairman | Gender Bias Committee/7th Circuit Court of Appeals |
| 3.   Member and Fellow | American Bar Association |
| 4.   Member, Council Group | American Bar Association Section on Public Utilities, Communications & Transportation |
| 5.   Member | The Lawyers Club of Chicago |
| 6.   Member | Federal Judges' Association |
| 7.   Trustee Emeritus and Member of Investment Committee | Catholic Theological Union, Chicago, Illinois |
| 8.   Member | American Legion |
| 9.   Co-Trustee | ▓▓▓▓ Cudahy F T #1, #2 |
| 10. Member | Union League Club of Chicago |
| 11. Member | Advisory Committee to the Center for International Human Rights at Northwestern University |
| 12. Member | Foundation Advisory Board of the International Aviation Law Institute at DePaul University |
| 13. Member | Visiting Committee of the University of Chicago Divinity School |
| 14. Honorary Judicial Member | IPLAC - Intellectual Property Law Association of Chicago |

# Cudahy, Richard D.

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

15. Member | Judicial Advisory Board of the American Society of International Law

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓]    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Prudential Retirement (formerly ▨ Cudahy Pension Plan B) | $1,451.40 |
| 2. 2010 | West Services, book royalties | $1,430.48 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Salary as Medical Doctor for Advocate Northside Health System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The American Society of International Law | February 16-17, 2010 | Washington, DC | Annual Meeting of Judicial Advisory Board | air fare, lodging, meal |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. -Cash Northern Trust Chicago | A | Interest | J | T | | | | | |
| 3. -Cash Marshall&Ilsley Milw | A | Interest | J | T | | | | | |
| 4. Schwab Govt Money Fund | A | Interest | O | T | | | | | |
| 5. -U S Treas Note | C | Interest | M | T | | | | | |
| 6. -U S Treas Sec Stripped | | | | | Matured | 02/15/10 | M | F | Market Disct Accr Col B |
| 7. Tulsa County OK Indp Sch Dis | D | Interest | | | Matured | 08/01/10 | M | | |
| 8. Santa Clara CA Uni Sch Dist | D | Interest | | | Sold | 07/01/10 | M | | |
| 9. -Maine St GO BNDS | C | Interest | M | T | | | | | |
| 10. -NJ GO BNDS | C | Interest | M | T | | | | | |
| 11. -MA St GO BNDS | C | Interest | M | T | | | | | |
| 12. -Boston, MA GO BDS | C | Interest | M | T | Buy | 04/29/10 | M | | |
| 13. -Los Angeles CA Uni Schl Dist | C | Interest | M | T | | | | | |
| 14. -TN St GO BNDS | C | Interest | M | T | | | | | |
| 15. -Port Seattle WA | C | Interest | | | Sold | 12/01/10 | L | D | |
| 16. -Salt Lake Cnty UT | C | Interest | M | T | | | | | |
| 17. -Hawaii State GO BNDS | B | Interest | M | T | Buy | 12/02/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Jordan UT School | C | Interest | M | T | | | | | |
| 19. -Albuquerque NM MSD GO SCH BL | A | Interest | M | T | Buy | 11/29/10 | M | | |
| 20. -Mississippi ST | C | Interest | M | T | | | | | |
| 21. -Arlington TX ISD | C | Interest | M | T | | | | | |
| 22. -Gulf Coast Waste TX | C | Interest | M | T | | | | | |
| 23. -New York NY GO BDS | C | Interest | M | T | | | | | |
| 24. -Maricopa Cnty AZ Dist No-ref Bd | C | Interest | M | T | | | | | |
| 25. -New York ST | C | Interest | M | T | | | | | |
| 26. -Arlngton TX Perm IMPT | B | Interest | M | T | Buy | 11/29/10 | M | | |
| 27. -St. Louis Co. MO Pkwy SDGOBDS | A | Interest | M | T | Buy | 11/30/10 | M | | |
| 28. -Newcrest Mining | A | Dividend | M | T | Buy | 09/24/10 | M | | |
| 29. -LIHIR Gold Ltd. | A | Dividend | | | Buy | 01/19/10 | K | | |
| 30. | | | | | Sold | 09/24/10 | K | | |
| 31. -First Eagle Gold | C | Dividend | M | T | Buy (add'l) | 12/16/10 | J | | Reinv. Div |
| 32. -Market Vectors ETF TR Gold Miner ETF | A | Dividend | K | T | Buy | 12/02/10 | K | | |
| 33. -Agnico Eagle Mines | A | Dividend | L | T | | | | | Reinv |
| 34. -Kinross Gold | A | Dividend | L | T | | | | | " |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes           J =$15,000 or less     K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                         P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal     R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)       U =Book Value    V = Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Barrick Gold Corp. | A | Dividend | L | T | Buy (add'l) | 12/02/10 | K | | |
| 36. -Franklin Gold | E | Dividend | M | T | Buy (add'l) | 12/01/10 | K | | Reinv. |
| 37. | | | | | Buy (add'l) | 12/30/10 | J | | " |
| 38. -[SPDR] Streettracks Gold Tr | | None | M | T | Buy (add'l) | 12/02/10 | K | | |
| 39. -Genworth Life Ins. Co. | D | Distribution | M | T | | | | | |
| 40. -USBank IRA Cash | A | Interest | K | T | | | | | |
| 41. -NuveenTaxExUnitTrusts (3) (Wells Fargo) | B | Dividend | J | T | | | | | |
| 42. -AGE Bank Dep Program (Wells Fargo) | A | Interest | J | T | | | | | |
| 43. -HarrisBnkWinnetka Cash/CashEq | A | Interest | J | T | | | | | |
| 44. -HarrisBnkWinnetka C/D | B | Interest | M | T | | | | | |
| 45. -HarrisBnkWintka Prem Savers | A | Interest | K | T | | | | | |
| 46. -Marshl/IlslyBnkMilw C/D (IRA) | A | Interest | K | T | | | | | |
| 47. -Nuveen Prem Inc. MuniFund IV (Stifel) | C | Dividend | K | T | | | | | |
| 48. -General Muni MM (Stifel) | A | Dividend | J | T | | | | | |
| 49. VanKampen Advtg Muni Inc Tr II (Stifel) (INVSCO) | A | Dividend | K | T | | | | | |
| 50. -NuveenSelectTaxFreeIncome (Tr 625) (Wells Fargo) | A | Dividend | J | T | | | | | |
| 51. -Nuveen Municipal Value Fund (Wells Fargo) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -Neuberger Bennan Mun Fund (Intermediate) (Stifel) | B | Dividend | K | T | | | | | |
| 53. | -Blackrock Muni Tr. II (Stifel) | B | Dividend | K | T | | | | | |
| 54. | ░░░░░░░░░ FT #I - NORTHERN TR CO-TTE | G | | P2 | T | | | | | B2=div, int, cap gain distributions |
| 55. | -Short-term Investments & Cash | | Interest | | T | | | | | |
| 56. | -MFB Northern SmallCapIndexFnd (NSIDX) | | Dividend | | T | | | | | |
| 57. | -MFB Northern Mid-Cap Index Fnd (NOMIX) | | Dividend | | T | | | | | reinv of div |
| 58. | -MFB Northern Fnds Stk Ind Fund (NOSIX) | | Dividend | | T | | | | | |
| 59. | -MFB Northern Emerg Mkts Fund (NOEMX) | | Dividend | | T | | | | | |
| 60. | -MFB Northern Int'l Equ Fnd Index (NOINX) | | Dividend | | T | | | | | |
| 61. | -MFB Northern Funds Large Cap Index (NOLVX) (X) | | | | | | | | | |
| 62. | -Orono, MN, Indpt Schl Dist | | Interest | | T | | | | | amort/accrete |
| 63. | -Santa Fe NM Com Coll | | Interest | | T | | | | | " " |
| 64. | -Univ SC HR Ed Rev. | | Interest | | T | | | | | |
| 65. | -Washoe Cty NV Schl Dist. | | Interest | | T | | | | | |
| 66. | -Atlanta GA Dev Auth | | Interest | | T | | | | | |
| 67. | -Portland, OR Sew Sys Rev. | | Interest | | T | | | | | |
| 68. | -Glendale, AZ Wtr & Swr Rev. | | Interest | | T | | | | | amort/accrete |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Columbia, MO Sch Dist | | Interest | | T | | | | | |
| 70. -NJ Environmental | | Interest | | | Matured | 09/01/10 | K | | amort/accrete |
| 71. -Maryland State | | Interest | | T | | | | | |
| 72. -Henrico Cnty VA | | Interest | | T | | | | | amort/accrete |
| 73. -Cache Co. UT Sch Dist | | Interest | | T | | | | | |
| 74. -Eagan, MN | | Interest | | T | | | | | |
| 75. -Univ of Neb. Facs Corp. | | Interest | | T | | | | | |
| 76. -U of Colo Enterpr Sys Rev. | | Interest | | T | | | | | |
| 77. -Union Cnty, NJ | | Interest | | T | | | | | |
| 78. -VA St Pub Schl Auth | | Interest | | T | | | | | |
| 79. -Norwalk, CT | | Interest | | T | | | | | |
| 80. -TX St | | Interest | | T | | | | | |
| 81. -St. Louis Cnty, MO Pkwy Schl Dist | | Interest | | T | | | | | |
| 82. -Overland Park, KS | | Interest | | T | | | | | |
| 83. -Boulder, CO | | Interest | | T | | | | | |
| 84. -N.C. State Cap Imprv. | | Interest | | T | | | | | |
| 85. -Johnson City, KS Uni Schl Dist | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Iowa City, IA | | Interest | | T | | | | | |
| 87. -MA State | | Interest | | T | | | | | |
| 88. -DeSoto Co., Miss | | Interest | | T | | | | | |
| 89. -Cherokee Co., GA | | Interest | | T | | | | | |
| 90. ▓▓▓▓▓ FT #2/KL, Milw - Co-Ttee | F | | P1 | T | | | | | B2=di, int, cap gain distributions |
| 91. -Schwab Govt. Money Fund | | Interest | | T | | | | | |
| 92. -U.S. Treas Note | | Interest | | | Matured | 03/15/10 | L | | |
| 93. -U.S. Treas. Note | | Interest | | T | | | | | |
| 94. -Ishares Msci Emerg. Mkts Ind. Fund | | Dividend | | T | | | | | |
| 95. -Barclays IPATH MSCI India | | None | | T | Buy | 08/25/10 | L | | |
| 96. -TX St Pub Fin. Auth Rev. | | Interest | | T | | | | | |
| 97. -Boston, MA Go Bnds | | Int./Div. | | T | Buy (add'l) | 04/29/10 | M | | |
| 98. -Maricopa Cnty AZ Sch Dist NSI | | Interest | | T | Buy | 11/17/10 | M | | |
| 99. -TN State GO Bnds | | Interest | | T | | | | | |
| 100. -Sapulpa OK Cap Impr | | Interest | | | Sold | 07/01/10 | M | A | |
| 101. -Kentucky Interlocal Sch Trans Auth. | | Interest | | T | | | | | |
| 102. -Ishares MSCI XNHUA IDX | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Shawnee KS Internal | | Interest | | T | Buy | 11/29/10 | M | | |
| 104. -Gulf Coast Waste TX | | Interest | | T | | | | | |
| 105. -Tacoma WA Water | | Interest | | T | | | | | |
| 106. -Pulaski Cnty AR | | Interest | | | Sold | 03/22/10 | L | | |
| 107. -Market Vectors ETF Gold Miner ETF | | Dividend | | T | Buy | 12/02/10 | M | | |
| 108. -Ishares MSCI Australia | | Dividend | | T | | | | | |
| 109. -Ishares MSCI Brazil | | Dividend | | T | | | | | |
| 110. -Ishares MSCI Singapore | | Dividend | | T | | | | | |
| 111. -Fidelity Equity Inc. Fund | | Dividend | | | Buy (add'l) | 04/09/10 | J | | Reinv Shares |
| 112. | | Dividend | | | Buy (add'l) | 07/09/10 | J | | " " |
| 113. | | Dividend | | | Buy (add'l) | 10/01/10 | J | | " " |
| 114. | | Dividend | | | Sold | 11/30/10 | M | | |
| 115. -SPDR Gold Tr. Gold Shs | | Interest | | T | | | | | |
| 116. -MA St Bnds | | Interest | | T | | | | | |
| 117. -Denver Co. City & Co. SD | | Interest | | T | | | | | |
| 118. -NY GO Bnds | | Interest | | T | | | | | |
| 119. -Albuq NM CO Gen PU | | Interest | | | Matured | 07/01/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -OH St GO Hwy CA | | Interest | | T | | | | | |
| 121. -Fairfax Co VA Ref Pub I | | Interest | | T | | | | | |
| 122. -Vanguard IntnatlGroPofolio | | Dividend | | T | | | | | |
| 123. -Vanguard Index500 Pofolio | | Dividend | | T | Buy (add'l) | 03/29/10 | J | | Reinv Dividends |
| 124. | | Dividend | | T | Buy (add'l) | 06/28/10 | J | | " |
| 125. | | Dividend | | T | Buy (add'l) | 09/23/10 | J | | " |
| 126. | | Dividend | | T | Buy (add'l) | 12/23/10 | J | | " |
| 127. -Vanguard Healthcare Portfolio | | Dividend | | T | Buy (add'l) | 03/22/10 | J | | " |
| 128. | | | | T | Buy (add'l) | 12/16/10 | K | | |
| 129. T Rowe Price MidCap Growth | | None | | T | Buy (add'l) | 12/14/10 | J | | " |
| 130. | | | | | | | | | |
| 131. ▓▓▓▓▓ 1976 TRUST/ | E | | PI | T | | | | | B2=div, int, cap gain distributions |
| 132. -Charles Schwab Govt. Money Fund | | Interest | | T | | | | | |
| 133. -Leander, TX Ind. Sch. | | Interest | | T | | | | | |
| 134. -L.A. Calif Comm Coll GO BDS | | Interest | | T | Buy | 11/22/10 | L | | |
| 135. -Maricopa Cty AZ Sch Dist NSI | | Interest | | T | Buy | 11/17/10 | L | | |
| 136. TX St Pub Fin Auth | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2=$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Tempe AZ | | Interest | | | Matured | 07/01/10 | L | | |
| 138. -CT St Bonds | | Interest | | T | | | | | |
| 139. -L.A. CA Uni Sch Dist GO Bnds | | Interest | | T | | | | | |
| 140. -Albuq NM GO GEN PU | | Interest | | | Matured | 07/01/10 | K | | |
| 141. -NY GO Bonds | | Interest | | T | | | | | |
| 142. -Kentucky Intloc Sch Trans Auth | | Interest | | T | Sold (part) | 03/01/10 | J | | |
| 143. -Pulaski Cnty AR | | Interest | | | Sold | 03/22/10 | K | | |
| 144. -Beaufort Cnty. S.C. | | Interest | | T | | | | | |
| 145. -Boston MA GO BDS | | Interest | | T | Buy | 04/29/10 | L | | |
| 146. -Ishares Msci Emerg. Mkts Ind. Fund. | | Dividend | | T | | | | | |
| 147. -Ishares MSCI XNHUA IDX | | Dividend | | T | | | | | |
| 148. -Ishares MSCI Brazil | | Dividend | | T | | | | | |
| 149. -Ishares MSCI Singapore | | Dividend | | T | | | | | |
| 150. -Barclays IPATH MSCI India | | None | | T | Buy | 08/25/10 | K | | |
| 151. -Fidelity Equity Income Fund | | Dividend | | | Buy (add'l) | 04/09/10 | J | | Reinvested Dividends |
| 152. | | Dividend | | | Buy (add'l) | 07/09/10 | J | | " |
| 153. | | Dividend | | | Buy (add'l) | 10/01/10 | J | | " |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R = Cost (Real Estate Only) V = Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | Dividend | | | Sold | 11/30/10 | L | B | |
| 155.  -VanguardWorldIntnatlGrowth | | Dividend | | T | | | | | " |
| 156.  -Vanguard Index Tr 500 | | Dividend | | T | Buy (add'l) | 03/29/10 | J | | " |
| 157. | | Dividend | | T | Buy (add'l) | 06/28/10 | J | | " |
| 158. | | Dividend | | T | Buy (add'l) | 09/23/10 | J | | " |
| 159. | | Dividend | | T | Buy (add'l) | 12/23/10 | J | | " |
| 160.  -Vanguard Health Care | | Dividend | | T | Buy (add'l) | 03/22/10 | J | | " |
| 161. | | Dividend | | T | Buy (add'l) | 12/16/10 | J | | " |
| 162.  -T Rowe Price MidCap Growth | | None | | T | Buy (add'l) | 12/14/10 | K | | |
| 163.  -Market Vectors EFT Gold Miner EFT | | Dividend | | T | Buy | 12/02/10 | K | | |
| 164.  -SPDR Gold Tr Gold Shrs | | None | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

IIIB. ░░░░ retired on December 31, 2010.

VII. Line 49 - nomenclature change at 6/1/10.

VII. Line 61 contains an entity which was listed in error in 2009 due to nomenclature confusion. It will be removed for 2011.

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Richard D. Cudahy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544